IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cr345

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CHARLES ADRIAN FORD, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on counsel's Motion to Withdraw as Attorney. Having considered counsel's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that counsel's Motion to Withdraw as Attorney (#9) is **REFERRED** to the magistrate judge for consideration and conducting a status of counsel inquiry.

Signed: April 9, 2012

Max O. Cogburn Jr.
United States District Judge